# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 1:12-cr-194-17 |
| v. : | |
| : | (Judge Kane) |
| SHAINE L. WILLIAMS, : | |
| Defendant : | |

## ORDER

**AND NOW**, this 12th day of April 2018, upon consideration of Defendant Shaine L. Williams' pro se motion (Doc. No. 1274) to vacate, set aside, or correct judgment pursuant to 28 U.S.C. § 2255, and after review of the parties' briefing thereto, (Doc. Nos. 1275, 1290, 1296), and in accord with the accompanying memorandum, **IT IS ORDERED THAT** Defendant's motion is **DENIED**, and a certificate of appealability is also **DENIED**. The Clerk of Court shall **CLOSE** the corresponding case at docket number 1:17-cv-01714.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

1